David Hilton Wise, Esq. (NV S.B. #11014)
**WISE LAW FIRM, PLC**
335 W. 1st Street
Reno, NV 89503
Telephone:      (775) 299-4284
Email: dwise@wiselaw.pro

Scott Edward Cole, Esq. (CA S.B. #160744)*
Laura Van Note Esq. (CA S.B. #310160)*
**COLE & VAN NOTE**
555 12th Street, Suite 2100
Oakland, California 94607
Telephone:      (510) 891-9800
Email: sec@colevannote.com
Email: lvn@colevannote.com

*Attorneys for Representative Plaintiff Bin Chen
and the Plaintiff Class*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| BIN CHEN, individually, and on behalf of all others similarly situated,<br><br>                Plaintiff,<br><br>v.<br><br>STATION CASINOS LLC,<br><br>                Defendant. | **Case No. 2:26-cv-01624**<br><br>**NOTICE OF WITHDRAWAL OF PLAINTIFF BIN CHEN'S MOTION TO CONSOLIDATE RELATED CASES AND TO APPOINT INTERIM LEAD CLASS COUNSEL** |

On June 10, 2026, Plaintiff Bin Chen filed a Motion to Consolidate and to Appoint Interim Lead Class Counsel. ECF No. 5. Plaintiff Chen hereby withdraws his Motion at ECF No. 5.

Dated: June 26, 2026          By:     */s/ David Hilton Wise*
David Hilton Wise, Esq. (NV S.B. #11014)
**WISE LAW FIRM, PLC**
335 W. 1st Street
Reno, NV 89503
Telephone:      (775) 299-4284
Email: dwise@wiselaw.pro

COLE & VAN NOTE
ATTORNEYS AT LAW
555 12TH STREET, SUITE 2100
OAKLAND, CA 94607
TEL: (510) 891-9800

-1-
NOTICE OF WITHDRAWAL OF PLAINTIFF BIN CHEN'S MOTION TO CONSOLIDATE
RELATED CASES AND TO APPOINT INTERIM LEAD CLASS COUNSEL

Scott Edward Cole, Esq. (CA S.B. #160744)*
Laura Van Note Esq. (CA S.B. #310160)*
**COLE & VAN NOTE**
555 12th Street, Suite 2100
Oakland, California 94607
Telephone:    (510) 891-9800
Email: sec@colevannote.com
Email: lvn@colevannote.com

*Attorneys for Representative Plaintiff Bin Chen
and the Plaintiff Class*

*Pro hac vice forthcoming*

COLE & VAN NOTE
ATTORNEYS AT LAW
555 12TH STREET, SUITE 2100
OAKLAND, CA 94607
TEL: (510) 891-9800

-2-
NOTICE OF WITHDRAWAL OF PLAINTIFF BIN CHEN'S MOTION TO CONSOLIDATE
RELATED CASES AND TO APPOINT INTERIM LEAD CLASS COUNSEL

**CERTIFICATE OF SERVICE**

I hereby certify that, on June 26, 2026, a true and correct copy of the foregoing was electronically filed with the Clerk of Court using CM/ECF. Copies of the foregoing document will be served upon interested counsel via transmission of Notices of Electronic Filing generated by CM/ECF.

*/s/ David Hilton Wise*
David Hilton Wise

COLE & VAN NOTE
ATTORNEYS AT LAW
555 12TH STREET, SUITE 2100
OAKLAND, CA 94607
TEL: (510) 891-9800

-3-
NOTICE OF WITHDRAWAL OF PLAINTIFF BIN CHEN'S MOTION TO CONSOLIDATE
RELATED CASES AND TO APPOINT INTERIM LEAD CLASS COUNSEL