Nathan R. Ring
NV Bar No. 12078
STRANCH, JENNINGS & GARVEY PLLC
3100 W. Charleston Blvd., Ste 208
Las Vegas, NV 89102
Tel: (725) 235-9750
*nring@stranchlaw.com*
*Counsel for Plaintiffs, Geiner, Ferretta,*
*Hall and Northwick*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| BIN CHEN, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>STATION CASINOS, LLC,<br><br>Defendant. | **Case No.  2:26-cv-01624-APG-MDC** |
| SUSAN GEINER, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>RED ROCKS RESORTS, INC., STATIONS HOLDCO LLC, and STATION CASINOS LLC<br><br>Defendants. | **Case No.  2:26-cv-01632-CDS-MDC** |
| ROCCI FERRETTA, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>STATION CASINOS, LLC,<br><br>Defendant. | **Case No. 2:26-cv-01693-RFB-DJA** |

-1-

**Case No. 2:26-cv-01703-APG-MDC**

SABRINA HALL and CASSANDRA NORTHWICK, individually and on behalf of all others similarly situated,

Plaintiff,

v.

STATION CASINOS, LLC,

Defendant.

### NOTICE OF WITHDRAWAL OF PLAINTIFFS' MOTION TO CONSOLIDATE ACTIONS AND APPOINT INTERIM CO-LEAD CLASS COUNSEL

PLEASE TAKE NOTICE that Plaintiffs, by and through its undersigned counsel, hereby withdraw their Motion to Consolidate Actions and Appoint Interim Co-Lead Class Counsel, filed on June 9, 2026.

Dated: June 26, 2026                    Respectfully submitted,

 */s/ Nathan R. Ring*
Nathan R. Ring
NV Bar No. 12078
STRANCH, JENNINGS & GARVEY PLLC
3100 W. Charleston Blvd., Ste 208
Las Vegas, NV 89102
Tel: (725) 235-9750
nring@stranchlaw.com

-2-

-3-

## CERTIFICATE OF SERVICE

I certify that on June 26, 2026, the foregoing document was filed electronically through the ECF system, is available for viewing and downloading from the ECF system:

*/s/ Michelle Wade*
Michelle Wade
