**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| BIN CHEN,<br>Plaintiff<br>v.<br>STATION CASINOS, LLC,<br>Defendant | Case No.: 2:26-cv-01624-APG-MDC<br>**Order Denying Without Prejudice Motion to Consolidate**<br>[ECF No. 8] |

In light of the parties' stipulation and my order staying this case pending proceedings in state court,

I ORDER that the motion to consolidate (ECF No. 8) is DENIED without prejudice to refiling it when the stay is lifted.

DATED this 2nd day of September, 2026.

ANDREW P. GORDON
CHIEF UNITED STATES DISTRICT JUDGE