David Hilton Wise, Esq. (NV S.B. #11014)
**WISE LAW FIRM, PLC**
335 W 1st Street
Reno, Nevada 89503
Telephone: (775) 299-4284
Email: dwise@wiselaw.pro

*Attorneys for Representative Plaintiff and the Plaintiff Class*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| BIN CHEN, individually, and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>STATION CASINOS LLC,<br><br>Defendant. | **Case No. 2:26-cv-01624-APG-MDC**<br><br>**CLASS ACTION**<br><br>**NOTICE OF VOLUNTARY DISMISSAL** |

**PLEASE TAKE NOTICE THAT**, pursuant to Federal Rules of Civil Procedure Rule 41(a)(1)(A)(i), Representative Plaintiff Bin Chen voluntarily dismisses the above-captioned action without prejudice.

Dated: September 16, 2026 By: */s/ David Hilton Wise*

David Hilton Wise, Esq. (NV S.B. #11014)
**WISE LAW FIRM, PLC**
335 W 1st Street
Reno, Nevada 89503
Telephone: (775) 299-4284
Email: dwise@wiselaw.pro

**CERTIFICATE OF SERVICE**

I, David Hilton Wise, hereby certify that on September 16, 2026, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to counsel of record via the ECF system.

*/s/ David Hilton Wise*
David Hilton Wise, Esq.